## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **JEFFREY ALONZO MINTER, KYLE GANNON, LATISE SAVOY, KEEBA COUCIL, RAYMOND DELGADO SANDOVAL, KIMBERLY DUKES,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**FINWISE BANK, FINWISE BANCORP, and AMERICAN FIRST FINANCE**<br><br>　　　　　　　　　　Defendants. | **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Case No.: 2:25-cv-00569-JNP-CMR**<br><br>**District Judge Jill N. Parrish**<br>**Magistrate Judge Cecilia M. Romero** |

PLEASE TAKE NOTICE that Plaintiffs[1], individually and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying the Settlement Class for purposes of settlement only; (iii) appointing Plaintiffs as the Class Representatives; (iv) appointing Andrew W. Ferich of Ahdoot & Wolfson, PC, Marc H. Edelson of Edelson Lechtzin LLP, and Tyler J. Bean of Siri & Glimstad LLP as Class Counsel; (v) approving the Parties' proposed form and method of giving Notice of the pendency of this action and the Settlement to the Settlement Class; (vi) directing that Notice be given to the Settlement Class; (vii) scheduling a Final Approval Hearing at which time the Court will consider the requests

---

[1] All capitalized terms in this brief have the same meanings ascribed to them in the Settlement Agreement. *See* Settlement Agreement, Section II (Definitions).

for final settlement approval and attorneys' fees, expenses, and Service Awards; and (viii) granting such other relief and further relief as the Court deems just and proper. Defendants do not object to the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and its exhibits thereto, including the Settlement Agreement and its exhibits; the Joint Declaration of Class Counsel; the Declaration of Cameron R. Azari, Esq.; and all prior pleadings and proceedings properly before the Court.

Dated: May 8, 2026

Respectfully submitted,

By: */s/Andrew W. Ferich*

Andrew W. Ferich*
**AHDOOT & WOLFSON PC**
201 King Of Prussia Rd Ste 650
Radnor, PA 19087
Tel: (310) 474-9111
aferich@ahdootwolfson.com

Marc H. Edelson*
Liberato P. Verderame*
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
215-867-2399
Fax: 267-685-0676
Email: medelson@edelson-law.com
lverderame@edelson-law.com

Tyler James Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (212) 532-1091
E: tbean@sirillp.com

*Proposed Settlement Class Counsel*

*Admitted Pro Hac Vice*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of May, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are registered CM/ECF users.

*/s/ Andrew W. Ferich*
Andrew W. Ferich